USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**SEALED**
United States Courts
Southern District of Texas
**FILED**
DEC 17 2014
David J. Bradley, Clerk of Court

HOUSTON DIVISION

USAO Number: 2009R20064
Magistrate Number:

SUPERSEDING INDICTMENT

Filed

No. 13-691

Judge: Harmon

UNITED STATES of AMERICA
VS.

ATTORNEYS:
KENNETH MAGIDSON, USA          (713) 567-9000
BELINDA BEEK, AUSA             (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| CARLOS WYDLER, (Cts. 1-23) | ☐ | ☐ |
| LEYLA WYDLER, (Cts. 1-17) | ☐ | ☐ |
| (a/k/a LEILA M. WYDLER), | ☐ | ☐ |
| RITA JESSICA MARTINEZ, (Cts. 1-14) | ☐ | ☐ |
| (a/k/a JESSICA MARTINEZ), | ☐ | ☐ |
| GILBERT MARTINEZ, (Cts. 1, 3-6, 8-14) and | ☐ | ☐ |
| FELIX MARTINEZ (Cts. 1-2, 5-7, 10-11) | ☐ | ☐ |

| | | |
|---|---|---|
| Ct. 1: | Conspiracy [18 U.S.C. § 1349] |
| Cts. 2-6: | Bank Fraud [18 U.S.C. § 1344 and 2]. |
| Cts. 7-11: | False Statement to Obtain Credit [18 US.C. § 1014 and 2]. |
| Cts. 12-14: | Wire Fraud, [18 U.S.C. § 1343 and 2]. |
| Cts. 15-17: | Mail Fraud [18 U.S.C. § 1341 and 2]. |
| Cts. 18-23: | Misappropriation [18 U.S.C. § 656 and 2]. |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 23 )

_____
_____
_____
_____
_____
_____
_____
_____

**PENALTY:**

Ct.    1:   Imprisonment up to 30 years and/or fine up to $1,000,000.  S/R- 5 years.  S/A-$100 for each count of conviction.
Cts.   2-6:  Imprisonment up to 30 years and/or fine up to $1,000,000.  S/R-5 years.  S/A-$100 for each count of conviction.
Cts.   7-11: Imprisonment up to 30 years and/or fine up to $1,000,000.  S/R-5 years.  S/A-$100 for each count of conviction.
Cts. 12-14:  Imprisonment up to 30 years and/or fine up to $1,000,000.  S/R-5 years .  S/A-$100 for each count of conviction.
Cts. 15-17:  Imprisonment up to 30 years and/or fine up to $1,000.000.  S/R-5 years.  S/A-$100 for each count of conviction.
Cts. 18-23:  Imprisonment up to 30 years and/or fine up to $1,000.000.  S/R-5 years.  S/A-$100 for each countof conviction.
NOTICE OF FOREFEITURE [18 U.S.C. § 982(a)(2).

☐ In Jail

☐ On Bond

☐ No Arrest

**NAME & ADDRESS of Surety:**

## **PROCEEDINGS:**

_____
_____
_____
_____
_____